**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**
**KANSAS CITY DIVISION**

| | |
|---|---|
| **IN RE:** ) | |
|    **James Martin Dremann** ) | |
|    **Jennifer Lynn Dremann,** ) | **Case No. 14-40129** |
| ) | |
|    **Debtors.** ) | |

**AMENDMENT TO CHAPTER 13 PLAN**

**COME NOW** Debtors, James and Jennifer Dremann, by and through their attorney Joani W. Harshman, and amends their Chapter 13 Plan to reflect the following:

1. Debtors' plan payments shall be $710 beginning with the February 2015 payment

2. All other provisions of the Debtor's Plan remain the same.

Respectfully Submitted,

/s/ Joani W. Harshman
Joani W. Harshman #49871
218 Delaware, Ste. 101
Kansas City, MO 64105
Phone  (816) 842-4275
Fax     (816) 842-4537
E-mail: Joani@harshmanlaw.com
ATTORNEY FOR DEBTORS

**CERTIFICATE OF SERVICE**

I hereby certify a copy of the foregoing Motion was mailed by US Mail, postage prepaid or facsimile, to the following this 19th day of January 2015 to:

Richard V. Fink at: ecfincdocs@wdmo13.com

/s/ Joani W. Harshman
Joani W. Harshman #49871